UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>Plaintiff,<br>v.<br><br>JOHN DOE subscriber assigned IP ADDRESS 69.124.247.91,<br><br>Defendant. | Civil Action No. 15-6729 (ES) (JAD)<br><br>**ORDER** |

This matter comes before the Court upon John Doe subscriber assigned IP address 69.124.247.91's (the "Subscriber") motion to quash, or, in the alternative, to proceed anonymously and for a protective order. (ECF No. 6). The Honorable Jose L. Linares, U.S.D.J. referred the motion to this Court for resolution. The Court heard oral argument on this application on January 14, 2016. Upon careful consideration of the parties' submissions, and for the reasons set forth on the record on January 14, 2016, and for good cause shown

**IT IS** on this 15th day of January, 2016,

**ORDERED** that the Subscriber's motion to quash, or, in the alternative, to proceed anonymously and for a protective order, (ECF No. 6), is **GRANTED IN PART AND DENIED IN PART**; and it is further

**ORDERED** that, to the extent the Subscriber's motion requests that the Court quash the subpoena that Plaintiff served on Optimum Online c/o CSC Holdings, Inc. (Cablevision Systems) on or about December 17, 2015, the Subscriber's motion is **DENIED**; and it is further

**ORDERED** that the Subscriber's request, in the alternative, to proceed anonymously as a "John Doe" in this matter pending further Order of the Court is **GRANTED**; and it is further

**ORDERED** that Plaintiff shall maintain confidential and not publicly disclose the Subscriber's name or contact information, or that of the Subscriber's immediate family; and it is further

**ORDERED** that if Plaintiff is required to file the Subscriber's name or contact information on the docket for this matter (e.g., in an amended pleading), Plaintiff shall file any submission containing that information under temporary seal. Plaintiff shall also make an appropriate application to maintain those materials under seal in accordance with Local Civil Rule 5.3.

Joseph A. Dickson, U.S.M.J.

cc: Honorable Esther Salas, U.S.D.J.

2